UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JAMES C. BRANDENBURG, as Personal Representative for the Estate of Yolanda M. Coney, | ) ) ) ) |
| Plaintiff, | ) Case No.: 4:09-CV-00100 |
| v. | ) ) |
| METROPOLITAN LIFE INSURANCE COMPANY, | ) ) ) |
| OFFICE OF FEDERAL EMPLOYEES' GROUP LIFE INSURANCE, | ) ) ) |
| UNITED STATES OFFICE OF PERSONNEL MANAGEMENT, | ) ) ) |
| and | ) ) |
| MANDA DAWN CREIGHTON, as Next Friend for A.J. M., a minor. | ) ) |

**DEFENDANT, COUNTERCLAIMANT AND CROSS-CLAIMANT METROPOLITAN LIFE INSURANCE COMPANY'S MOTION TO DEPOSIT FUNDS WITH THE COURT AND ORDER TO INVEST IN AN INTEREST BEARING ACCOUNT**

Pursuant to Rule 67 of the Federal Rules of Civil Procedure, Defendant, Counterclaimant and Cross-Claimant Metropolitan Life Insurance Company ("MetLife") moves the Court for an order authorizing the deposit into the Registry of the Court in the amount of $370,567.85, representing the Decedent Rozell William Masen's applicable life insurance coverage under the Federal Employees' Group Life Insurance Policy (the "FEGLI Policy"), in the amount of $358,800.00, and applicable interest thereon in the amount of $11,767.85.

The Clerk is hereby Ordered to deposit the funds in a money market account or other instrument, at the prevailing rate of interest at a federally approved financial institution. The

initial investment is subject to the collateral provisions of Treasury Circular 176.

The Clerk shall deduct the administrative registry fee, set by the Director of the Administrative Office of the U.S. Courts at ten percent of the interest earned or as indicated based on the amount and time of deposit into the court, without further order of the court. Said fee is authorized by the Judicial Conference of the United States.

Dated this _____ day of _____, 2009.

**BUCKLEY & BUCKLEY, L.L.C.**

By: /s/ Ann E. Buckley
Ann E. Buckley          #2739
1139 Olive Street, Suite 800
St. Louis, MO 63101-1928
Telephone:(314)621-3434
Facsimile:(314)621-3485
abuckley@buckleylawllc.com

ATTORNEYS FOR DEFENDANT, COUNTERCLAIMANT AND CROSS-CLAIMANT METROPOLITAN LIFE INSURANCE COMPANY

SO ORDERED: _[signature]_
DATED: 4/28/09